UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL W. J. HAWN,<br><br>         Petitioner,<br>   v.<br><br>CLALLAM COUNTY JAIL, et al.,<br><br>         Respondents. | CASE NO. 3:24-cv-05310-TL<br><br>ORDER |

This matter is before the Court *sua sponte*. Mail addressed to *pro se* Plaintiff Daniel Hawn has been returned to the Court as undeliverable. Dkt. No. 30. Under the local civil rules of the Western District of Washington, if the United States Postal Service returns mail to the Court that was directed to a *pro se* plaintiff, and the plaintiff then fails to "notify the court and opposing parties within 60 days thereafter of his or her current . . . address, the court may dismiss the action without prejudice for failure to prosecute." LCR 41(b)(2).

Here, the Court has been informed by Defendants that Plaintiff is no longer incarcerated at Clallam County Jail but was transferred to the custody of the Washington Department of

ORDER - 1

Corrections in August 2024. Dkt. No. 26 at 3 (Defendants' Motion for Summary Judgment). Defendants have served their recent filings on Plaintiff by e-filing and mail to "Daniel Hawn; Prisoner ID #119260; Monroe Correctional Complex; 16550 177th Ave SE; Monroe, WA 98272." *See, e.g.*, *id*. at 16.

A search for Plaintiff in the Washington Department of Corrections ("WDOC"), directory of incarcerated individuals currently shows his DOC ID number as 381085.[1]

Accordingly, it is hereby ORDERED:

(1) Plaintiff is ADVISED that it is his responsibility to notify the Court of any future changes of mailing address. Failure to do so within **sixty (60) days** of any further mailings being returned as undeliverable may result in dismissal of his case. As long as Plaintiff remains incarcerated at a WDOC facility, Plaintiff SHALL comply with General Order No. 02-15 regarding prison electronic filing.[2]

(2) Plaintiff SHALL have **fourteen (14) days** from service of this Order and the Report and Recommendation to file any written objections.

(3) The Clerk is DIRECTED to:

    a. Update Plaintiff's address to "Prisoner ID #381085; Monroe Correctional Complex; PO Box 888, Monroe, WA 98272."

    b. Serve Plaintiff via Prisoner E-Service in accordance with General Order 06-16 with (1) Docket No. 26 (Motion for Summary Judgment), (2) Docket No. 29 (Report and Recommendation), and (3) this Order.

---

[1] Incarcerated Search, Washington State Department of Corrections, https://doc.wa.gov/information/inmate-search/default.aspx (accessed Apr. 21, 2025).

[2] The order can be viewed at https://www.wawd.uscourts.gov/sites/wawd/files/03-19-15GOinrePrisonElectronicFilingProject.pdf. Pursuant to General Order No. 06-16, the Prisoner E-Filing Initiative established by the pilot project under General Order No. 02-15 was adopted in full and remains mandatory for all prisoner litigants incarcerated at facilities actively engaged in the Prisoner E-Filing Initiative.

      c.  Reset consideration of Magistrate Judge Fricke's Report and Recommendation (Dkt. No. 29) for June 6, 2025.

Dated this 21st day of May 2025.

                                               Tana Lin
                                               **United States District Judge**