UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL W.J. HAWN,
                    Plaintiffs,

    v.

MCCANN, Sergeant,
                    Defendant.

CASE NO. 3:24-cv-05310-TL

ORDER OF DISMISSAL

Counsel having notified the Court of settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby ORDERED that this action and all claims asserted herein are DISMISSED without prejudice and without award of costs to any party. All trial date and pretrial dates are hereby VACATED. If settlement is not perfected, any party may move to reopen the case within **sixty (60) days** of this order.

Dated this 13th day of March, 2026.

Tana Lin
United States District Judge

ORDER OF DISMISSAL – 1